FILED IN
COURT OF CRIMINAL APPEALS

November 23, 2015

ABEL ACOSTA, CLERK

PD-1094-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/20/2015 3:32:25 PM
Accepted 11/23/2015 2:17:23 PM
ABEL ACOSTA
CLERK

**IN THE 69ᵀᴴ JUDICIAL DISTRICT COURT
IN AND FOR MOORE COUNTY, TEXAS**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | |
| | § | |
| **vs.** | § | **CAUSE NO. 07-13-00297-CR** |
| | § | **TRIAL COURT CASE NO. 4750** |
| **CHRISTOPHER EARL DARCY** | § | |

**APPEARANCE OF COUNSEL**

**TO THE HONORABLE JUDGE OF SAID COURT**:

Now comes R. Walton Weaver and hereby files this appearance as attorney of record for Christopher Earl Darcy, Defendant. On November 20, 2015, R. Walton Weaver was appointed to represent Christopher Earl Darcy on his appeal.

Respectfully submitted,

R. Walton Weaver
320 South Polk, Suite 902
Amarillo, TX 79101
Tel: (806) 372-9258
Fax: (806) 372-8444

By:/s/ R. Walton Weaver
R. Walton Weaver
State Bar No. 7472
Attorney for Christopher Earl Darcy

**CERTIFICATE OF SERVICE**

This is to certify that on November 20, 2015, a true and correct copy of the above and foregoing document was served on the prosecutor for Moore County, David Green, by facsimile to (806) 934-2155.

/s/ R. Walton Weaver
R. Walton Weaver